# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2025

## NO. 03-24-00735-CR

**Joseph Glen Haren, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.